# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

141175

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES GLENN STAMPER,
     Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141175
COA: 297137
Livingston CC: 09-018295-FH
          09-018296-FH
          09-018297-FH

_____/

     On order of the Court, the application for leave to appeal the April 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

y0920

_____
Clerk